Joseph L. Gentilcore, Esquire
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600

**Attorneys for Plaintiff**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARIO SARO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CITIBANK, N.A.,**<br><br>**Defendant.** | **CIVIL ACTION**<br><br>**NO. 1:26-CV-10973** |

# NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Joseph L. Gentilcore on behalf of Plaintiff in the above-captioned matter.

**Respectfully submitted,**

**FRANCIS MAILMAN SOUMILAS, P.C.**

BY: */s/ Joseph L. Gentilcore*
JOSEPH L. GENTILCORE

Date: August 26, 2026